## Case No. 3,788.

### DENNER v. PALMER.

[1 Pac. Law Mag. 291.]

[This case, though relating to the powers and duties of federal judges, was determined in a subordinate court of the state of California. It seems to have been nowhere else reported.]